■ CAROL A. CUDA, Respondent, v GARY D. CUDA, Appellant. (Appeal No. 1.) [795 NYS2d 923]—Appeal from an order of the Supreme Court, Oneida County (Anthony F. Shaheen, J.), entered December 16, 2003. The order, among other things, adjudged that defendant's retirement benefits, to the extent they accrued during the marriage, are marital property.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Eric D.* [appeal No. 1], 162 AD2d 1051 [1990]). Present—Pigott, Jr., P.J., Green, Gorski, Pine and Lawton, JJ.